IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00323-REB-KLM

ARMANDO FLORES,

    Plaintiff,

v.

SUNWEST MANAGEMENT, INC., an Oregon corporation,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on Plaintiff's Unopposed Motion to Vacate Settlement Conference (Docket No. 17, Filed August 31, 2007).

    IT IS HEREBY **ORDERED** that Plaintiff's motion is **GRANTED**.  The settlement conference that was scheduled for Tuesday, September 4, 2007, at 1:30 p.m. is **vacated**.


Dated:  August 31, 2007