**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00323-REB-PAC

ARMANDO FLORES,

    Plaintiff,

v.

SUNWEST MANAGEMENT, INC., an Oregon corporation,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#21], filed October 4, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#21], filed October 4, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for May 2, 2008, is **VACATED**;

3. That the jury trial set to commence May 19, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 5, 2007, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn
                                                United States District Judge**